**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **PARKER DRILLING OFFSHORE U S A L L C** | **CASE NO. 6:22-CV-05808** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CRAIG PAINTER** | **MAGISTRATE JUDGE DAVID J. AYO** |

**JUDGMENT**

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 11], having thoroughly reviewed the record, including the Objection [Doc. No. 12] filed by Plaintiff Parker Drilling Offshore USA, LLC ("Parker"), and, after a *de* novo review of the record, concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the **MOTION TO DISMISS** [Doc. No. 7] filed by Defendant Craig Painter is **GRANTED** and that the Complaint for Declaratory Judgment [Doc. No. 1] filed by Parker is **DISMISSED WITHOUT PREJUDICE.**

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 14th day of August 2023.

_____
**CHIEF JUDGE TERRY A DOUGHTY**
**UNITED STATES DISTRICT COURT**